IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **MURRAY GUARD, INC.**  Plaintiff, | )<br>)<br>)<br>) |
| v. | ) CIVIL ACTION NO. 1: 05 1049-T/An |
| **PREFERRED BENEFITS, INC.,**<br>**DAVID R. VANDERSLICE (Individually),**<br>**EMPLOYERS ONE SOURCE, INC.,**<br>**LESLIE E. SMITH (Individually), and**<br>**L.S. & ASSOCIATES INS.**<br>**CONSULTANTS, INC.,**<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AGREED ORDER ALLOWING DEFENDANTS, PREFERRED BENEFITS, INC., AND DAVID R. VANDERSLICE, THROUGH AND INCLUDING MAY 27, 2005, WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO THE COMPLAINT

It appearing to the satisfaction of the Court, as evidenced by the signatures hereto of counsel for the plaintiff and defendants, Preferred Benefits, Inc. and David R. Vanderslice, that it has been agreed these defendants will have through and including May 27, 2005, within which to Answer or otherwise plead in response to the Complaint, and

It is hereby ORDERED, ADJUDGED and DECREED defendants, Preferred Benefits, Inc., and David R. Vanderslice, shall have through and including May 27, 2005, within which to answer or otherwise plead in response to the Complaint.

ENTERED this _03rd_ day of _May_, 2005.

_S. Thomas Anderson USMJ_
**U.S. DISTRICT COURT JUDGE**

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on _5/05/05_

LA Vanderslice Guard Agr Order 050426

**APPROVED FOR ENTRY:**

*/s/ Larry Butler w/ permission by /s/*

**LARRY A. BUTLER**
Registration No. 005175
Attorney for Plaintiff
**SPRAGINS, BARNETT, COBB & BUTLER, PLC**
P.O. Box 2004
Jackson, TN 38302-2004
(731) 424-0461

*/s/ Gary Brewer by /s/*

**GARY A. BREWER**
Registration No. 4678
Attorney for Preferred Benefits, Inc. and
David R. Vanderslice
**BREWER, KRAUSE & BROOKS**
P. O. Box 23890
Nashville, TN 37202-3890
(615) 256-8787

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2005, a true and correct copy of the foregoing document has been sent via first class United States mail, postage prepaid, addressed to:

Larry A. Butler, Esquire
SPRAGINS, BARNETT, COBB &
    BUTLER, PLC.
312 E. Lafayette Street
P.O. Box 2004
Jackson, TN 38302

Charles F. Morrow, Esquire
BUTLER, SNOW, O'MARA, STEVENS &
    CANNADA, PLLC
Crescent Center, Suite 500
6075 Poplar Avenue
Memphis, TN 38119

*/s/ Gary Brewer by /s/*

**GARY A. BREWER**

GAB:car

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01049 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Gary A. Brewer
BREWER KRAUSE & BROOKS
P.O. Box 23890
Nashville, TN 37202--389

Mason W. Wilson
BUTLER SNOW O'MARA STEVENS & CANNADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Larry A. Butler
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Charles F. Morrow
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable James Todd
US DISTRICT COURT