IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

MURRAY GUARD, INC.,
PLAINTIFF,

vs.                                                                 CIVIL ACTION NO. 1-05-1049-T An

PREFERRED BENEFITS, INC.,
DAVID R. VANDERSLICE (Individually),
EMPLOYERS ONE SOURCE, INC.,
LESLIE E. SMITH (Individually), and
L.S. & ASSOCIATES INS. CONSULTANTS, INC.,
DEFENDANTS.

## ORDER FOR ADMISSION *PRO HAC VICE*

Upon motion by counsel, and for good cause shown, it is hereby

ORDERED that Brooks R. Buchanan of the law firm of Butler, Snow, O'Mara, Stevens & Cannada, PLLC, 17th Floor, AmSouth Plaza, 210 East Capital Street, P.O. Box 22567, Jackson, Mississippi 39225-2567, is hereby admitted to the bar of this court *pro hac vice* for the purpose of acting as counsel for defendants Employers One Source, Inc. and Leslie E. Smith in the above-captioned matter.

_____
UNITED STATES DISTRICT JUDGE
Date: 22 August 2005

MEMPHIS 170849v1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 08-23-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 1:05-CV-01049 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Mason W. Wilson
BUTLER SNOW O'MARA STEVENS & CANNADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

John R. Branson
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Brooks R. Buchanan
BUTLER SNOW O'MARA STEVENS u CANNADA, PLLC
P.O. Box 22567
17th Floor, Amsouth Plaza
Jackson, MI 39225--256

Gary A. Brewer
BREWER KRAUSE & BROOKS
P.O. Box 23890
Nashville, TN 37202--389

Charles F. Morrow
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Larry A. Butler
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Honorable James Todd
US DISTRICT COURT